# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

JUDGE PALLMEYER
MAGISTRATE JUDGE ASHMAN

**(a) PLAINTIFFS**
J&J SPORTS PRODUCTIONS, INC.

**DEFENDANTS**
ELTON XHEMALI, SADONA COPORATION, B D LIQUORS

**(b)** County of Residence of First Listed Plaintiff  Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant  Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610    312-245-0031

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- [ ] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [x] 3 Federal Question (U.S. Government Not a Party)
- [ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ]1 | [ ]1 | Incorporated or Principal Place of Business In This State | [ ]4 | [ ]4 |
| Citizen of Another State | [ ]2 | [ ]2 | Incorporated and Principal Place of Business In Another State | [ ]5 | [ ]5 |
| Citizen or Subject of a Foreign Country | [ ]3 | [ ]3 | Foreign Nation | [ ]6 | [ ]6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ]110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | [ ]610 Agriculture | [ ]422 Appeal 28 USC 158 | [ ]400 State Reapportionment |
| [ ]120 Marine | [ ]310 Airplane | [ ]362 Personal Injury— Med. Malpractice | [ ]620 Other Food & Drug | | [ ]410 Antitrust |
| [ ]130 Miller Act | [ ]315 Airplane Product Liability | [ ]365 Personal Injury — Product Liability | [ ]625 Drug Related Seizure of Property 21 USC 881 | [ ]423 Withdrawal 28 USC 157 | [ ]430 Banks and Banking |
| [ ]140 Negotiable Instrument | | | | | [ ]450 Commerce/ICC Rates/etc. |
| [ ]150 Recovery of Overpayment & Enforcement of Judgment | [ ]320 Assault, Libel & Slander | [ ]368 Asbestos Personal Injury Product Liability | [ ]630 Liquor Laws | **PROPERTY RIGHTS** | [ ]460 Deportation |
| [ ]151 Medicare Act | [ ]330 Federal Employers' Liability | | [ ]640 R.R. & Truck | [ ]820 Copyrights | [ ]470 Racketeer Influenced and Corrupt Organizations |
| [ ]152 Recovery of Defaulted Student Loans (excl. vet.) | [ ]340 Marine | **PERSONAL PROPERTY** | [ ]650 Airline Regs. | [ ]830 Patent | [ ]480 Consumer Credit |
| [ ]153 Recovery of Overpayment of Veteran's Benefits | [ ]345 Marine Product Liability | [ ]370 Other Fraud | [ ]660 Occupational Safety/Health | [ ]840 Trademark | [x]490 Cable/Satellite TV |
| [ ]160 Stockholders' Suits | [ ]350 Motor Vehicle | [ ]371 Truth in Lending | [ ]690 Other | | [ ]810 Selective Service |
| [ ]190 Other Contract | [ ]355 Motor Vehicle Product Liability | [ ]380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | [ ]850 Security/Commodity/Exch. |
| [ ]195 Contract Product Liability | | [ ]385 Property Damage Product Liability | [ ]710 Fair Labor Standards Act | [ ]861 HIA (1395ff) | [ ]875 Customer Challenge 12 USC 3410 |
| [ ]196 Franchise | [ ]360 Other Personal Inj. | | [ ]720 Labor/Mgmt. Relations | [ ]862 Black Lung (923) | [ ]891 Agricultural Acts |
| | | | | [ ]863 DIWC/DIWW (405(g)) | [ ]892 Economic Stabilization Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | [ ]864 SSID Title XVI | [ ]893 Environmental Matters |
| [ ]210 Land Condemnation | [ ]441 Voting | [ ]510 Motions to Vacate Sentence | [ ]730 Labor/Mgmt. Reporting & Disclosure Act | [ ]865 RSI (405(g)) | [ ]894 Energy Allocation Act |
| [ ]220 Foreclosure | [ ]442 Employment | Habeas Corpus: | [ ]740 Railway Labor Act | **FEDERAL TAX SUITS** | [ ]895 Freedom of Information Act |
| [ ]230 Rent Lease & Ejectment | [ ]443 Housing/ Accommodations | [ ]530 General | | | [ ]900 Appeal of Fee Determination Under Equal Access to Justice |
| [ ]240 Torts to Land | [ ]444 Welfare | [ ]535 Death Penalty | [ ]790 Other Labor Litigation | [ ]870 Taxes (U.S. Plaintiff or Defendant) | |
| [ ]245 Tort Product Liability | [ ]445 ADA—Employment | [ ]540 Mandamus & Other | [ ]791 Empl. Ret. Inc. Security Act | | [ ]950 Constitutionality of State Statutes |
| [ ]290 All Other Real Property | [ ]446 ADA — Other | [ ]550 Civil Rights | | [ ]871 IRS—Third Party 26 USC 7609 | [ ]890 Other Statutory Actions |
| | [ ]440 Other Civil Rights | [ ]555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district (specify)
- [ ] 6 Multidistrict Litigation
- [ ] 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Enter U.S. Civil Statute under which you are filing and write a brief statement of cause.)

47 USC 605 et seq., The Cable and Television Consumer Protection and Competition ACt of 1992 as amended

**VII. PREVIOUS BANKRUPTCY MATTERS** (For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

**VIII. REQUESTED IN COMPLAINT:** [ ] CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 300,000    CHECK YES only if demanded in complaint: JURY DEMAND: [ ]Yes [x]No

**IX. This case** [x] is not a refiling of a previously dismissed action.
[ ] is a refiling of case number _____, previously dismissed by Judge _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD _____