## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

J&J SPORTS PRODUCTIONS, INC.
V.
ELTON XHEMALI, et al.

Case Number:

FILED: MAY 5, 2008
08CV2569              TG
JUDGE PALLMEYER
MAGISTRATE JUDGE ASHMAN

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

J&J SPORTS PRODUCTIONS, INC.

| | |
|---|---|
| NAME (Type or print) <br> Zane D. Smith | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Zane D. Smith | |
| FIRM <br> Zane D. Smith & Associates, Ltd. | |
| STREET ADDRESS <br> 415 N. LaSalle Street - Suite 300 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 06184814 | TELEPHONE NUMBER <br> 312-245-0031 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☑   NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☑   NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES ☑   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐ | |