AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

2008 JUN 26 PM 2:50

U.S. CLERK

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

V.

Elton Xhemali indv. and d/b/a Sadona
Corporation d/b/a B D Liquors and Sadona
Corporation d/b/a B D Liquors

CASE NUMBER: 08C2569

ASSIGNED JUDGE: JUDGE PALLMEYER

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Sadona Corporation d/b/a B D Liquors
c/o Elton Xhemali
5821 W. 35th Street
Cicero, Illinois  60804

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois  60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

May 6, 2008
Date

| 08C2569 | RETURN OF SERVICE Sedona Corporation c/o Elton Nkemah |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE 5/16/2008 JUN 26 PM 2:__ |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 5821 W. 35th St. Cicero, IL 60804

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 5/16/08
Date

Signature of Server

METRO SERVICE, Inc
4647 W. 103rd St. Oak Lawn, IL 60453
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.