# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2569 | **DATE** | 7/8/2008 |
| **CASE TITLE** | J&J Sports Productions, Inc. vs. Elton Zhemali | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/8/2008. Plaintiff's motion for default to be filed and noticed for hearing on 7/21/2008 at 8:45.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|