I.D. 06184818                                                                                                          File No. 3900-032

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | **08 C 2569** |
| **ELTON XHEMALI, individually and** ) | |
| **d/b/a SADONA CORPORATION d/b/a** ) | |
| **B D LIQUORS and SADONA CORPORATION** ) | **Judge Pallmeyer** |
| **d/b/a B D LIQUORS,** ) | |
| Defendants. ) | |

## PLAINTIFF'S MOTION FOR DEFAULT

NOW COME the Plaintiff, J&J SPORTS PRODUCTIONS, INC., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD., and respectfully requests that this Court enter an order of default judgment against Defendants, ELTON XHEMALI, individually and d/b/a SADONA CORPORATION d/b/a BD LIQUORS and SADONA CORPORATION d/b/a BD LIQUORS, and in support thereof, states as follows:

1. On May 16, 2008 ELTON XHEMALI, individually and d/b/a SADONA CORPORATION d/b/a BD LIQUORS was personally served with summons and complaint in this matter (*A copy of the Returns of Service are attached hereto as Exhibit "A"*).

2. As of the date of the filing of this motion, Defendant, ELTON XHEMALI, individually and d/b/a SADONA CORPORATION d/b/a BD LIQUORS, has failed to file an appearance and/or answer in this matter.

WHEREFORE, Plaintiff, J&J SPORTS PRODUCTIONS, INC., pray this Honorable Court enter an order of default judgment against Defendant, ELTON XHEMALI, individually and d/b/a SADONA CORPORATION d/b/a BD LIQUORS and SADONA CORPORATION d/b/a BD LIQUORS and set this matter for a prove up against Defendant, ELTON XHEMALI, individually

and d/b/a SADONA CORPORATION d/b/a BD LIQUORS and SADONA CORPORATION d/b/a BD LIQUORS and for any additional relief this Court deems just.

                s/Zane D. Smith
                Zane D. Smith

**CERTIFICATE OF SERVICE**

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on July 14, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                //s/ Zane D. Smith
                Zane D. Smith

Zane D. Smith
ZANE D. SMITH & ASSOCIATES, LTD.
415 North LaSalle Street - Suite 300
Chicago, Illinois 60610
(312) 245-0031
(312) 245-0022 - Fax

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

CASE NUMBER: 08C2569

V.

ASSIGNED JUDGE: JUDGE PALLMEYER

Elton Xhemali indv. and d/b/a Sadona
Corporation d/b/a B D Liquors and Sadona
Corporation d/b/a B D Liquors

DESIGNATED
MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Sadona Corporation d/b/a B D Liquors
c/o Elton Xhemali
5821 W. 35th Street
Cicero, Illinois 60804

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

_____
(By) DEPUTY CLERK

May 6, 2008
_____
Date

| 08C2569 | RETURN OF SERVICE Sedona Corporation c/o Elton Nhemachi |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/16/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 5821 W. 35th St. Cicero, IL 60804

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/16/08
           Date

Signature of Server

METRO SERVICE, INC
4647 W. 103rd St. Oak Lawn, IL 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

J&J SPORTS PRODUCTIONS, INC.

V.

Elton Xhemali indv. and d/b/a Sadona
Corporation d/b/a B D Liquors and Sadona
Corporation d/b/a B D Liquors

CASE NUMBER: 08C2569

ASSIGNED JUDGE: JUDGE PALLMEYER

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Elton Xhemali
5821 W. 35th Street
Cicero, Illinois 60804

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zane D. Smith & Associates, Ltd.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

**Michael W. Dobbins, Clerk**

(By) DEPUTY CLERK

May 6, 2008
Date

AO 440 (Rev. 05/00) Summons in a Civil Action

| 08C2569 | RETURN OF SERVICE Elton Xhemali |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 5/16/08 |
| NAME OF SERVER (PRINT) Kevin McWilliams | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 5821 W. 35th St. Cicero, IL 60804

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/16/08
                Date

Signature of Server

METRO SERVICE Inc
4647 W. 103rd St. Oak Lawn, IL 60453
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.