# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2569 | **DATE** | 7/21/2008 |
| **CASE TITLE** | J&J Sports Productions, Inc. Vs. Elton Zhemali | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/21/2008. Plaintiff's motion for default [10] granted. Prove-up hearing set for 8/27/2008 at 9:00. Documentary support to be submitted on or before 8/20/2008.

Notices mailed by Judicial staff.

00:01

| | Courtroom Deputy Initials: | ETV |
|---|---|---|