I.D. 06184818                                                                                                File No. 3900-032

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **J&J SPORTS PRODUCTIONS, INC.,** )<br>       **Plaintiff,** )<br>v. )<br>) <br>**ELTON XHEMALI, individually and** )<br>**d/b/a SADONA CORPORATION d/b/a** )<br>**B D LIQUORS and SADONA CORPORATION** )<br>**d/b/a B D LIQUORS,** )<br>       **Defendants.** ) | **08 C 2569**<br><br>**Judge Pallmeyer** |

**PLAINTIFF'S MOTION FOR PROVE-UP**

 *COMES NOW* the Plaintiff, J&J SPORTS PRODUCTIONS, INC., by and through its attorneys, ZANE D. SMITH & ASSOCIATES, LTD. and moves this Honorable Court for the entry of a Prove-up Order against ELTON XHEMALI, individually and SADONA CORPORATION, d/b/a B D LIQUORS and in support thereof, states as follows:

 1. That on July 21, 2008 this Honorable Court entered default judgment against the Defendants and set this matter for prove up.

 2. That this matter is brought pursuant to the Communications Act of 1934, 47 U.S.C. § 151 et seq. as amended by the Cable Communications Policy Act of 1984, 47 U.S.C. § 521 et seq and the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq.;

 . That the aforesaid Act provides for statutory liquidated damages up to:

  a) Sixty Thousand ($60,000.00) Dollars for each violation of Section 553 of the Cable Communications Act;

  b) One Hundred Ten Thousand ($110,000.00) Dollars for each violation of Section 605 of the Copyright Act:

 3. That in the instant matter, there were was (4) violations of the aforesaid provisions of the Cable Communication Act; See the Affidavit of the Investigator, attached hereto and made a part hereof, marked "Plaintiff's Exhibit A;"

4. That Plaintiff hereby requests an amount not in excess of Five Hundred Thousand and No/100 ($500,000.00) Dollars as Statutory liquidated damages.

5. That Plaintiff is further entitled to Two Thousand Five Hundred Eight One and 25/100 ($2,581.25 ) Dollars for attorney's fees and costs; See Affidavit of Plaintiff's Counsel, Zane D. Smith, attached hereto and made a part hereof, marked "Plaintiff's Exhibit B."

*WHEREFORE,* the Plaintiff, J&J SPORTS PRODUCTIONS, INC., respectfully prays this Honorable Court for the entry of an Order in Plaintiff's favor and against the defendants, in an amount not in excess of Five Hundred Thousand and No/100 ($500,000.00) Dollars as Statutory liquidated damages, attorney's fees and costs in the amount of Two Thousand Five Hundred Eight One and 25/100 ($2,581.25 ) Dollars and for such other relief as this Court deems just and right.

                Respectfully submitted,

                ZANE D. SMITH & ASSOCIATES, LTD.

                By: /s/ Zane D. Smith
                          Zane D. Smith, Plaintiff's Attorney

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, Illinois 60610
Phone: 312 245-0031
Attorney I.D. 06184814

AFFIDAVIT OF :   Robert O'Neill  (Name of Auditor)

COUNTY OF  :  Cook            STATE OF IL
BEFORE ME, the undersigned authority, on this day personally appeared Robert O'Neill (Name of Auditor), and after being first duly sworn according to law, deposes and states as follows:

1.      My name is Robert O'Neill_____ (Name of Auditor). I am over the age of eighteen (18) years, of sound mind, competent to testify as to the matters contained herein, personally acquainted with the facts stated herein, and state that they are true and correct.

2.      I am currently employed by **AUDITMASTERS**

3.      At approximately    9:45__p_.m. on this __6___ day of May_____ 2006, I entered:

   Lor-Al Liquors     _____
   (Name of Establishment)

   5821 W. 35th St._____
   (Street Address, including number)

   Cicero, Il     60804  (708) 863-6345_____
   (City, State & Zip Code)                            (Area Code & Telephone No.)


During my visit, I observed that Lor-Al Liquors_____ (Name of Establishment) was displaying the <u>Oscar "Golden Boy" De La Hoya vs. Ricardo "El Matador" Mayorga Championship Boxing Match</u> and/or its undercard preliminary bouts. I took a head count at this time and counted approximately 20 (number) of persons inside the establishment. I also noticed there were 4____ (number) of televisions and/or monitors for viewing by patrons inside this establishment.


4.   The television monitor(s) displayed the following: **(Logos as they appear on the microphone, ringmat, ring posts, or television screens; and the identity of any boxing activity witnessed, specifically, if applicable, names of fighters, color of boxing trunks, round number and time remaining in round.)**

   I entered the bar I observed the fight between Kassim Ouma a black male wearing yellow trunks and Marco Rubio a Mexican male wearing red, green and white trunks to be between the 5th and 6th rounds. I observed referee instructions being given to Mayorga. I further observed the ring to have red ropes in the corners to be blue with Barcardi logo on them.

_____

_____


**PLEASE REMEMBER TO DATE AND SIGN THIS AFFIDAVIT IN THE PRESENCE OF THE NOTARY PUBLIC WHO SHALL NOTARIZE YOUR SIGNATURE.**

By: _____ (Signature of Auditor)

      Robert O'Neill_____ (Printed Name of Auditor)

                    Dated:  _13 May_____, 2006
Sworn to and subscribed before me this 13__ day of May_____ 2006.

Notary Public in and for the State of __IL_____
_____
(Signature of Notary Public)                                         My Commission Expires:
this is a legal document and **<u>MUST</u>** be typed.

```
OFFICIAL SEAL
JOSEPH J BIRD
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:05/02/09
```

_____

fight card. The announcers were wearing _____.

I noticed that the _____ logo appeared on their microphones.

Specifically, the announcers were talking about _____

_____.

12. I observed a total of _____4_____ television sets.

13. Of the _4_ television sets that I observed, ___4____ ( # of) were Displaying the Telecast.

    Of The TV's I observed,_____1____ (# of) were big screens.

14. <u>Detailed description of at least one employee</u> **is required!**
    **(Name, gender, physical description and if possible, that employee's position with the establishment):**

    Beth female white 5'9 , 180lbs 27yrs old

    _____
    _____
    _____
    _____
    _____
    _____

15. <u>Establishment Description</u> *is required!*
    **(Interior/exterior, unique features, pool tables, lighting, decorations):**

    Brick liquor store in front bar in rear, side entrance. Oval shaped bar

    _____
    _____
    _____
    _____
    _____

_____

**INDEPENDENT AUDITORS AGREEMENT**

**May 6th, 2006**

(Please type or print legibly)

1. Name of Auditor: _____Robert O'Neill_____

2. Auditor's Date of Birth: _____08 May 2006_____

3. Auditor's Social Security Number: ____337742768_____

4. Auditor's Address: _____10411 S. Homan_____

5. Auditor's Phone Number: _773 239-8938_____

6. Name of Employer:    **AUDITMASTERS**

7. Name, Address, and telephone number of the commercial establishment: _____

Lorel Liquor 5821 W 35st St
_____

**NOTE: IT IS IMPORTANT TO NOTE THE COMPLETE NAME AND ADDRESS, INCLUDING STREET NUMBER, CITY, STATE AND ZIP CODE. PLEASE INCLUDE NORTH, SOUTH, EAST, WEST, AVENUE, STREET, BOULEVARD, ETC. WHEN FILLING OUT THE STREET ADDRESS.**

8. Did the establishment advertise or promote the telecast in any way? If so, please describe any banners, flyers, posters or any other promotion you observed.
No
_____
_____

9. Was there an admission or cover charge?  No     If so, how much $ ___.

10. During my visit to the establishment, I observed the boxing match featuring

   Rubio who whore green/white /orange

VS.

   Ouma gold/red

the fight appeared to be in the _3_____round.

I also observed that the ring mat displayed the  Bacarcdi Rum logo and

That the corner posts displayed the _____ logo

**CHECKLIST (Page -2-)**

11. During my visit to the establishment, I observed the announcers discussing:
Purse Money (Mav Tellerman)

# AFFIDAVIT OF ZANE D. SMITH
## IN SUPPORT OF THE PETITION FOR FEES

    I, Zane D. Smith of the law firm of Zane D. Smith & Associates, Ltd., attorney for the Plaintiff, King Vision Pay Per View, Ltd., being duly sworn depose and state that if called to testify before this Honorable Court I would competently testify that the firm of Zane D. Smith & Associates, Ltd., has incurred the following time and expenses in the prosecution of the matter of King Vision Pay Per View, Ltd., v. Cuello, et al., cause number 08 C 2583:

| Date | Description | Provider | Time |
|---|---|---|---|
| 5/5/08 | Preparation of Complaint | ZDS | 3.00 |
| 5/5/08 | Preparation of Summons and required District Court documents; electronic filing of Complaint, etc. | PAM | 1.00 |
| 6/25/08 | Electronic filing of Executed Summons | PAM | .25 |
| 7/7/2008 | Check Court computer for status of appearances | PAM | .25 |
| 7/8/2008 | Attendance at Court for status hearing | AO | 1.00 |
| 7/11/08 | Preparation of Motion for Default | ZDS | 1.00 |
| 7/14/08 | Electronic Filing of Motion for Default | PAM | .25 |
| 7/21/08 | Attendance at Court for motion for default | AO | 1.00 |
| 8/25/08 | Preparation of Prove-up documents | PAM | 1.50 |
| 8/25/08 | Review of Prove-up documents | ZDS | .50 |
| 8/26/08 | Electronic Filing of Prove-up documents | PAM | .50 |
| 8/27/08 | Attendance at Court on Prove-up documents | ZDS | 1.00 |

| | |
|---|---|
| **Total Attorney (ZDS;JAK;AO)  Hours = 7.50 hours at $250.00 per hour:** | $1875.00 |
| **Total Paralegal (PAM) Hours = 3.75 hours at $75.00 per hour:** | $ 281.25 |
| **Total Attorney's and Paralegal Fees:** | $2,156.25 |

Expenses
Filing Fee                $350.00
Service of Summons        $ 75.00

**Total Expenses:**               $2581.25

**TOTAL ATTORNEYS' FEES, PARALEGAL FEES & EXPENSES**     $2581.25

Further Affiant Sayeth Not

                                                       Zane D. Smith

Subscribed and sworn to before me
this 25th Day of August, 2008

NOTARY PUBLIC



"OFFICIAL SEAL"
PATRICIA A MEINKE
COMMISSION EXPIRES 07/02/09