# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2569 | **DATE** | 8/27/2008 |
| **CASE TITLE** | J&J Sports Productions, Inc vs. Elton Zhemali, et al | | |

**DOCKET ENTRY TEXT**

Prove-Up hearing held. Plaintiff's motion for prove-up [15] granted. Judgment entered in the amount of $10,000.00, plus attorney's fees in the amount of $2,581.25 and costs, in favor of Plaintiff and against the Defendants Elton Xhemali, individually and d/b/a Sadona Corporation d/b/a B D Liquors and Sadona Corporation d/b/a B D Liquors, jointly and severally. Civil case terminated.

Notices mailed by Judicial staff.

00:03

| | Courtroom Deputy Initials: | ETV |
|---|---|---|