# United States District Court
## Northern District of Illinois
### Eastern Division

J&J Sports Productions, Inc.          **JUDGMENT IN A CIVIL CASE**

    v.          Case Number: 08 C 2569

Elton Xhemali, et al

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Judgment entered in the amount of $10,000.00, plus attorney's fees in the amount of $2,581.25 and costs, in favor of Plaintiff and against the Defendants Elton Xhemali, individually and d/b/a Sadona Corporation d/b/a B D Liquors and Sadona Corporation d/b/a B D Liquors, jointly and severally.

                                                   Michael W. Dobbins, Clerk of Court

Date: 8/27/2008                           _____
                                                    /s/ Ena T. Ventura, Deputy Clerk