9960

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELTON XHEMALI, individually and ) <br> d/b/a SADONA CORPORATION d/b/a ) <br> B D LIQUORS and SADONA ) <br> CORPORATION d/b/a B D LIQUORS, ) <br> ) <br> Defendants. ) | NO. 1:08-cv-02569 <br> Judge Pallmeyer <br> Magistrate Judge Ashman |

**MOTION TO VACATE DEFAULT JUDGMENT AND FOR LEAVE TO FILE APPEARANCE AND RESPONSIVE PLEADING WITHIN SEVEN DAYS**

NOW COME ELTON XHEMALI, and SANDONA CORPORATION, by and through his and their attorneys, PHILIP M. FORNARO, MARK T. SCHMIDT, and JANELLA L. BARBROW, and, pursuant to Rule 60 of the Federal Rules of Civil Procedure, respectfully request this Honorable Court to enter an Order vacating her August 27, 2008 Order entering Judgment against "ELTON XHEMALI" and "SADONA CORPORATION;" additionally pray this Honorable Court Vacate the Default Order entered against "ELTON XHEMALI" and "SADONA CORPORATION" on July 21, 2008; further pray that they be granted Leave To File the Appearance of their attorneys; and finally pray that this Honorable Court grant them seven days to file a responsive pleading to the Plaintiff's Complaint.

In support of their Motion, ELTON XHEMALI and SANDONA CORPORATION state as follows:

1. The above-captioned case sounds in conversion and, additionally, depends upon

Page 1 of 4

theories grounded in the Communications Act of 1934 and the Cable and Television Consumer Protection and Competition Act.

2. Counsel representing ELTON XHEMALI, Philip M. Fornaro, Esq. of Philip M. Fornaro & Associates Ltd., also represents SANDONA CORPORATION, and serves as the CORPORATION'S Registered Agent.

3. Mr. Fornaro is a sole practitioner, and during the period beginning on July 7 and ending on July 24, Mr. Fornaro was with his family on a trip to Italy. Mr. Fornaro returned to his office on July 25, 2008.

4. Attorney Fornaro did speak with attorney Zane Smith on May 28, 2008, but the press of other matters, including his attempts to clear his schedule for the trip described above, and his specific involvement in the following matters, resulted in this matter not being appropriately calendared:

- Preparation for and participation in a Deposition in the DuPage County case of *Vincelette v. Spizzirri*, Case No. 06 L 185, pending before Judge Dorothy French;
- Preparing for and participating in four Depositions in the Cook County case of *Joseph Kelly v. Village of Maywood, et al*, Case No. 07 M4 002051, pending before Judge Cheryl Ingram;
- Preparation for and participation in a post-trial Motion To Reconsider in the case of *E.D.K., Inc. v. Koester*, bearing Case No. 05 L 682 and pending before Judge Hollis Webster in the Circuit Court for the Eighteenth Judicial Circuit;
- Participation in two extensive commercial real estate closings;
- Participation in an extradition hearing and providing assistance for the defense in the

Commonwealth of Kentucky case entitled *Commonwealth v. Bosovic*, pending in Hardin County, Kentucky.

5. Further, though your movants are not asserting that provisions of the Federal Rules of Civil Procedure would have required their counsel to be served, your movants note that this Honorable Court's July 8, 2008 Order appears to have contemplated the noticing of a Motion For A Default Judgment (*see* Docket entry text identified as Case Document 9, appended hereto and identified as Exhibit A). It appears that the Notice of Motion prepared and filed by counsel representing the Plaintiff related to a different case, and was sent to an individual other than Mr. XHEMALI. *See* Notice of Motion related to *"King Vision Pay For View, Ltd. v. Edmundo Cello, etc., et al.*, appended hereto and marked Exhibit B, and identified as Document 11 for purposes of this case.

6. Your movants humbly suggest, and will agree to, the terms of any Order vacating the Default and the Judgment referenced above; which requires Mr. XHEMALI to appear through counsel; which allows the Plaintiff to amend its Complaint on its face to read "SANDONA CORPORATION" in lieu of those portions of the Complaint which read "SADONA CORPORATION" (which will address the fact that the Plaintiff has had a Judgment entered against a corporate entity which does not exist); and which allows your movants seven additional days within which to file a responsive pleading.

7. This Motion To Vacate is being filed within ten days of the entry, by this Honorable Court, of the Judgment Order it addresses.

8. The undersigned has already spoken with attorney Zane Smith, and has obtained a copy of the Court file, but has not yet obtained additional information from the individuals

referenced above, save the data found in this Motion. The undersigned will consult with and establish a date and time for a Rule 26(f) conference as soon as reasonably practicable, and will, as required, explore settlement at such a conference.

WHEREFORE, ELTON XHEMALI and SANDONA CORPORATION, a corporation, pray that this Honorable Court vacate the Default Order and the Judgment entered in this case; further pray that the undersigned be given leave to file their Appearance on behalf of both Defendants; additionally pray that the Plaintiff's pleadings be amended on their face to name "SANDONA CORPORATION" in lieu of "SADONA CORPORATION," and finally pray that the Defendants and each of them be given seven days to file a responsive pleading, and to schedule a future date on which the necessary Rule 26(f) conference between counsel may proceed.

Respectfully submitted,

ARDC No. 312817
SCHMIDT & BARBROW, P.C.
128 S. County Farm Road, Suite B
Wheaton, IL 60187
630-690-0100

By: /s/ Mark T. Schmidt
Mark T. Schmidt, One of the Attorneys for Defendant

Order Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2569 | **DATE** | 7/8/2008 |
| **CASE TITLE** | J&J Sports Productions, Inc. vs. Elton Zhemali | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/8/2008. Plaintiff's motion for default to be filed and noticed for hearing on 7/21/2008 at 8:45.

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

08C2569 J&J Sports Productions, Inc. vs. Elton Zhemali


EXHIBIT A

Page 1 of 1

I.D. 06184818                                                File No. 3900-029

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### Eastern Division

| | |
|---|---|
| **KING VISION PAY PER VIEW, LTD.,** <br> Plaintiff, <br> v. <br> **EDMUNDO CUELLO, individually and d/b/a THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT and THE COCKTAIL BAR, INC., d/b/a FUGGEDABOUDIT** <br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### NOTICE OF MOTION

TO:   Edmundo Cello
      The Cocktail Bar d/b/a Fuggedaboudit
      7001 W. 16th Street
      Berwyn, Illinois 60402

**PLEASE TAKE NOTICE** that on July 22, 2008 at 9:30 A.M. or as soon thereafter as counsel may be heard, I will appear before the Honorable Joan Lefkow or any Judge sitting in her stead in room 1925 of the Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois and then and there present the attached Motion.

                                          //s/ Zane D. Smith
                                          Zane D. Smith

ZANE D. SMITH & ASSOCIATES, LTD.
415 N. LaSalle Street - Suite 300
Chicago, IL 60610
(312) 245-0031
(312) 245-0022 - Fax

### CERTIFICATE OF SERVICE

I, Zane D. Smith, on oath state that a true and correct copy of the Notice of Filing was electronically filed with the Clerk of the Court on July 14, 2008, using the CM/ECF system which will send notification of such filing(s) to all attorneys of record. A copy has also been sent by U.S. Mail to the above named addressee. Under the penalties of perjury, I certify that the above statements set forth herein are true and correct.

                                          //s/ Zane D. Smith
                                          Zane D. Smith


EXHIBIT B