9960

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| J&J SPORTS PRODUCTIONS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 1:08-cv-02569 |
| | ) | Judge Pallmeyer |
| ELTON XHEMALI, individually and | ) | Magistrate Judge Ashman |
| d/b/a SADONA CORPORATION d/b/a | ) | |
| B D LIQUORS and SADONA | ) | |
| CORPORATION d/b/a B D LIQUORS, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:  Zane D. Smith, Esq., Zane D. Smith & Associates, Ltd., 415 North LaSalle Street, Suite 300, Chicago, IL 60610

Philip M. Fornaro, Esq., Law Offices of Philip M. Fornaro & Associates, Ltd., 4830 W. Butterfield Road, Hillside, IL 60162

PLEASE TAKE NOTICE that on **Thursday, September 11, 2008, at 8:45 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Rebecca R. Pallmeyer in Room 2119,** or any Judge sitting in her stead in the Courtroom usually occupied by her at 219 S. Dearborn Street, Chicago, and then and there present Defendant's **MOTION TO VACATE DEFAULT JUDGMENT AND FOR LEAVE TO FILE APPEARANCE AND RESPONSIVE PLEADING WITHIN SEVEN DAYS,** a copy of which is attached hereto and herewith served upon you.

| | |
|---|---|
| ARDC No. 3128187 | /s/ Mark T. Schmidt |
| SCHMIDT & BARBROW, P.C. | Mark T. Schmidt, One of the Attorneys |
| 128 S. County Farm Road, Suite B | for Defendants |
| Wheaton, IL 60187 | |
| 630-690-0100 | **PROOF OF SERVICE** |

I, Mark T. Schmidt, an attorney and an officer of the court, on oath state that I caused to be served upon the above-named attorney(s) a copy of the foregoing Notice, with enclosure(s) referred to thereon (if any), by Facsimile and by enclosing a copy in a properly addressed envelope, first class postage prepaid, and causing same to be deposited in the U.S. mail box located at 122 S. County Farm Rd., Wheaton, IL 60187, on **Thursday, September 4, 2008.**

/s/ Mark T. Schmidt