**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                                 Case Number:   08 CV 2569

J&J Sports Productions, Inc. v. Elton Xhemali indv. and d/b/a

Sadona corporation d/b/a B D Liquors and Sadona Corporation

d/b/a B D Liquors

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Elton Xhemali indv. and Sandona Corporation, improperly sued as Sadona Corporation d/b/a

B D Liquors and Sandona Corporation, improperly sued as Sadona Corporation d/b/a B D

Liquors

| | |
|---|---|
| NAME (Type or print) <br> Mark T. Schmidt | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/Mark T. Schmidt | |
| FIRM <br> Schmidt & Barbrow, P.C. | |
| STREET ADDRESS <br> 128 S. County Farm Road, Suite B | |
| CITY/STATE/ZIP <br> Wheaton, IL 60187 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> ARDC No. 3128187 | TELEPHONE NUMBER <br> 630-690-0100 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?     YES X     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?      YES X    NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES X   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |