# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 CV 2569 |
|---|---|

J&J Sports Productions, Inc. v. Elton Xhemali indv. and d/b/a

Sadona corporation d/b/a B D Liquors and Sadona Corporation

d/b/a B D Liquors

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Elton Xhemali indv. and Sandona Corporation, improperly sued as Sadona Corporation d/b/a

B D Liquors and Sandona Corporation, improperly sued as Sadona Corporation d/b/a B D

Liquors

| NAME (Type or print) |
|---|
| Janella L. Barbrow |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/Janella L. Barbrow |

| FIRM |
|---|
| Schmidt & Barbrow, P.C. |

| STREET ADDRESS |
|---|
| 128 S. County Farm Road, Suite B |

| CITY/STATE/ZIP |
|---|
| Wheaton, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) ARDC No. 6180818 | TELEPHONE NUMBER 630-690-0100 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES | NO X |
|---|---|---|

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO X |
|---|---|---|

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES | NO X |
|---|---|---|

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES | NO X |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐