9960

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| J&J SPORTS PRODUCTIONS, INC., )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>ELTON XHEMALI, individually and )<br>d/b/a SADONA CORPORATION d/b/a )<br>B D LIQUORS and SADONA )<br>CORPORATION d/b/a B D LIQUORS, )<br>)<br>**Defendants.** ) | NO. 1:08-cv-02569<br>**Judge Pallmeyer**<br>**Magistrate Judge Ashman** |

## NOTICE OF FILING

TO: Zane D. Smith, Esq., Zane D. Smith & Associates, Ltd., 415 North LaSalle Street, Suite 300, Chicago, IL 60610

Philip M. Fornaro, Esq., Law Offices of Philip M. Fornaro & Associates, Ltd., 4830 W. Butterfield Road, Hillside, IL 60162

PLEASE TAKE NOTICE that on **Thursday, September 4, 2008,** the undersigned will cause to be filed with the Clerk of the Court of the U.S. District Court for the Northern District of Illinois, via electronic filing, defense Appearances for Mark T. Schmidt, for Janella L. Barbrow, and for Philip M. Fornaro, copies of which are attached hereto and herewith served upon you.

| | |
|---|---|
| ARDC No. 3128187<br>SCHMIDT & BARBROW, P.C.<br>128 S. County Farm Road, Suite B<br>Wheaton, IL 60187<br>630-690-0100 | /s/ Mark T. Schmidt<br>Mark T. Schmidt, One of the Attorneys<br>for Defendant |

## PROOF OF SERVICE

I, Mark T. Schmidt, an attorney and an officer of the court, on oath state that I caused to be served upon the above-named attorney(s) a copy of the foregoing Notice, with enclosure(s) referred to thereon (if any), by enclosing a copy in a properly addressed envelope, first class postage prepaid, and causing same to be deposited in the U.S. mail box located at 122 S. County Farm Rd., Wheaton, IL 60187, on **Thursday, September 4, 2008.**

/s/ Mark T. Schmidt